48

**Markeith BOYD, Plaintiff–Appellant,**

v.

**Nancy LAXER, Assistant D.A., Kings County District Attorney & King's County District Attorneys Office, Defendants–Appellees.**

No. 02–0063.

United States Court of Appeals, Second Circuit.

Sept. 6, 2002.

Markeith Boyd, Stormville, NY, for Appellant.

Ellen Ravitch, Assistant Corporation Counsel, City of New York Law Department, New York, NY, for Appellee.

Present GUIDO CALABRESI, BARRINGTON D. PARKER, JR., Circuit Judges, and DENISE COTE, District Judge.*

*SUMMARY ORDER*

UPON DUE CONSIDERATION, it is hereby ORDERED, ADJUDGED, AND DECREED the judgment of the district court is AFFIRMED.

---

* The Honorable Denise Cote, United States District Court for the Southern District of

In November 1997, Plaintiff Appellant Boyd filed a 42 U.S.C. § 1983 complaint against the Appellees. Boyd's claims had previously been brought in state court, where they were rejected. The district court granted summary judgment on all claims in favor of the defendants. We affirm substantially for the reasons given by the court below.

We have considered all of Appellant's arguments and find them meritless. We therefore AFFIRM the judgment of the district court.